U.S. DISTRICT COURT
Southern District of Ga.
Filed in...
5 15 A...
JUN 14
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JAMES THOMAS PAYNE,

Plaintiff,

vs.

CIVIL ACTION NO.: CV505-038

CORNELL CORPORATIONS, INC,
d/b/a D. Ray James Prison; Correctional
Officer LAWSON, and Correctional
Officer HART,

Defendants.

## ORDER

After an independent review of the record, the Court concurs, in part, with the Magistrate Judge's Report and Recommendation. In his Objections, Plaintiff asserts that his Fourteenth Amendment claims against Defendants Cornell Corporation, Inc., Lawson, and Hart ("Defendants") should not be dismissed. Plaintiff alleges that he has adequately alleged a claim under the Fourteenth Amendment's equal protection clause. Plaintiff claims that Defendants failed to: 1) allow access to local law enforcement; 2) inform Plaintiff of his chances for acquiring a communicable disease; 3) proceed with disciplinary proceedings against Plaintiff's attacker; 4) allow a grievance to proceed; and 5) adhere to laws and polices that require certain diligence given to other inmates in similar circumstances. (Doc. No. 8, p.3.)

The equal protection clause forbids the State from arbitrarily or capriciously classifying or treating similarly situated individuals differently. Stanton v. Stanton, 421 U.S. 7, 14, 95 S. Ct. 1373, 1377, 43 L. Ed.2d 688 (1975). Although "'the equal protection clause

does not require that all persons be treated identically[,] . . . distinctions between similarly situated individuals . . . must be reasonable . . . .'" Hendking v. Smith, 781 F.2d 850, 851 (11th Cir. 1986) (citing Stanton, 421 U.S. 7, 14, 95 S. Ct. at 1377). Plaintiff's Objections do not sufficiently state arbitrary or capricious behavior by Defendants. Nor do Plaintiff's bare allegations provide evidence of unreasonable distinctions between similarly situated individuals.

Plaintiff's Objections concerning Fourteenth Amendment equal protection claims are without merit. The Magistrate Judge's Report and Recommendation is adopted in part and rejected in part. The Magistrate Judge's Report and Recommendation dated July 29, 2005 (Doc. No. 5), addressing Plaintiff's Eighth Amendment and Fourteenth Amendment due process claims, is adopted as the opinion of the Court. Plaintiff's due process claims against Defendants are **DISMISSED**.

Otherwise, the remainder of the Magistrate Judge's Report and Recommendation is rejected. Plaintiff is permitted to proceed with his claims as set forth in an Order of even date and in an Order dated July 29, 2005 (Doc. No. 8).

**SO ORDERED**, this 14th day of SEPTEMBER, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA